

VIA CM/ECF

Stamatios Stamoulis
stamoulis@swdelaw.com

September 5, 2013

The Honorable Richard G. Andrews
United States District Court – District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

      RE:   **Rydex Technologies LLC v. Roche Diagnostics Corporation, and F. Hoffman-La Roche AG, 1:13-cv-00673-UNA**

Dear Judge Andrews:

    In response to the Court's August 19 Oral Order, we write regarding the status of the above captioned matter. The Defendants were served via Delaware registered agent on August 21, 2013. Defendants have objected to service after the 120-day time limit set forth under Rule 4 and do not intend to waive the 120-day service requirement. Defendant's deadline to answer or otherwise respond is September 11, 2013. In the meantime, the parties are discussing potential resolution of the case. Please let us know if you require any further information.

                                        Respectfully Submitted,

                                        Stamatios Stamoulis
                                        of Stamoulis & Weinblatt LLC

cc: All Counsel of Record (via CM/ECF)

TWO FOX POINT CENTRE
6 Denny Road | Suite 307 | Wilmington, DE 19809 | T 302 999 - 1540
*www.swdelaw.com*