IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORPORATION, and<br>F. HOFFMANN-LA ROCHE AG,<br><br>Defendant. | Civil Action No. 1:13-cv-00673-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF RYDEX TECHNOLOGIES LLC'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Rydex Technologies LLC ("Rydex") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendants Roche Diagnostics Corporation, and F. Hoffmann-La Roche AG ("Defendants"), have not answered the Complaint nor filed a summary judgment motion. Pursuant to Rule 41(a)(1), Plaintiff Rydex voluntarily dismisses all claims against Defendants without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  September 11, 2013

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*